# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMAL DAMON HENDRIX,

    Plaintiff,

v.

KARA LEGRAND, et al.,

    Defendants.

Case No. 2:22-cv-01403-RFB-NJK

**ORDER**

[Docket No. 16]

Pending before the Court is Defendants' motion for leave to file late pleading. Docket No. 16. Defendants ask the Court to accept their late filed answer to Plaintiff's complaint. *Id.* They submit that good cause exists to grant this relief because they tried to timely file an answer, but issues with the CM/ECF system prevented them from doing so. *Id.* at 2-3. Accordingly, for good cause shown, the Court **GRANTS** Defendants' motion. Docket No. 16.

IT IS SO ORDERED.

Dated: June 15, 2023

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge